SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
KORTTNEY ELLIOTT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORTTNEY ELLIOTT,<br><br>    Plaintiff,<br><br>  vs.<br><br>CHRISTOPHER ALEX INVESTMENTS, LA, LLC; and DOES 1 to 10,<br><br>    Defendants. | **Case No.: 2:25-cv-10881-JFW-MAA**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CHRISTOPHER ALEX INVESTMENTS, LA, LLC** |

  **PLEASE TAKE NOTICE** that Plaintiff KORTTNEY ELLIOTT ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant WENDY PADILLA D/B/A ARTESIANS & FLOWERS PAPILLON; CHRISTOPHER ALEX INVESTMENTS, LA, LLC ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

  (a) **Voluntary Dismissal.**

    (1) *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**

(i)     A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, Defendant may be dismissed without an Order of the Court.

DATED:  January 5, 2026                    SO. CAL. EQUAL ACCESS GROUP


By:     /s/   Jason J. Kim
                Jason J. Kim
                Attorneys for Plaintiff

2

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**